# NO. 12-08-00278-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| | § | |
| *IN RE: MARK LEWIS,* | | |
| *RELATOR* | § | *ORIGINAL PROCEEDING* |
| | § | |

---

### *MEMORANDUM OPINION*
### *PER CURIAM*

Mark Lewis filed a petition for writ of mandamus requesting that we order the Texas Board of Pardons and Paroles to give him credit for time served while awaiting his transport to the State's Substance Abuse Felony Program (SAFP). This court has no mandamus jurisdiction over the Texas Board of Pardons and Paroles. *See* TEX. GOV'T CODE ANN. § 22.221 (Vernon 2004). Accordingly, the petition for writ of mandamus is ***dismissed for want of jurisdiction***.

Opinion delivered June 25, 2008.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)